1:23-cr-00649
Judge Steven C. Seeger
Magistrate Judge Maria Valdez
Cat. 4 / Random

Order Form 01/2005

**FILED**

DEC 19 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## United States District Court, Northern District of Illinois

| Name of Assigned Judge Or Magistrate Judge | | Sitting Judge if other than Assigned Judge | Hon. Heather K. McShain |
|---|---|---|---|
| **CASE NUMBER** | 21 GJ 962 | **DATE** | December 19, 2023 |
| **CASE TITLE** | U.S. v. NICKOLE BUTLER | | |

# UNDER SEAL

DOCKET ENTRY TEXT

### Grand Jury Proceeding

The Grand Jury for the SPECIAL NOVEMBER 2022 Session, a quorum being present, returns the above entitled Indictment in open Court this date before Judge or Magistrate Judge _Heather K. McShain_

TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142.

THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND DOCKET NUMBER ASSIGNED TO THIS CASE IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT.

PRIOR TO SEALING, THE GOVERNMENT REQUESTS THAT THREE (3) COPIES OF THE ARREST WARRANT AND FILED INDICTMENT BE PROVIDED TO ASSISTANT U.S. ATTORNEY MISTY WRIGHT (Misty.Wright@usdoj.gov) AND TO FOOD AND DRUG ADMINISTRATION AGENT JOSE SANCHEZ (Jose.Sanchez@fda.hhs.gov) IN ORDER TO EXECUTE THE ARREST OF THE DEFENDANT.

THIS INDICTMENT IS TO REMAIN SEALED UNTIL THE DEFENDANT IS ARRESTED, OR UNTIL FURTHER ORDER OF THE COURT.

SIGNATURE OF JUDGE _Heather K. McShain_
OR MAGISTRATE JUDGE        (ONLY IF FILED UNDER SEAL)

Courtroom Deputy Initials: P.K.

Page 1 of 1