U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: US v. Butler    Case Number: 23-CR-649

An appearance is hereby filed by the undersigned as attorney for:

Nickole Butler

Attorney name (type or print): Seema Ahmad

Firm: Federal Defender Program for the Northern District of Illinois

Street address: 55 East Monroe, Suite 2800

City/State/Zip: Chicago, IL 60615

Bar ID Number: CA 270992
(See item 3 in instructions)

Telephone Number: 312-621-8344

Email Address: seema_ahmad@fd.org

FILED
DEC 21 2023
MAGISTRATE JUDGE HEATHER K. MCSHAIN
UNITED STATES DISTRICT COURT

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☑ Appointed Counsel
    If appointed counsel, are you
    ☑ Federal Defender
    ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/21/23

Attorney signature: S/ [signature]
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015